**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: October 19, 2022**

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| HOPEDALE MINING LLC, et al.,[1] | : | Case No. 20-12043 |
| | : | (Jointly Administered) |
| *Debtor.* | : | |
| | : | Honorable Guy R. Humphrey |
| Liquidating Trustee of the Hopedale Creditors Trust of Hopedale Mining, LLC, | : : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Adv. No. 22-1072 |
| v. | : | |
| | : | |
| Weston Energy, LLC, | : | |
| | : | |
| *Defendant.* | : | |

### ORDER SETTING PRETRIAL CONFERENCE BY PHONE
### IN ADVERSARY PROCEEDING

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Rhino GP LLC (8619), Rhino Resource Partners LP (7517), Rhino Energy LLC (6320), Rhino Trucking LLC (8773), Rhino Exploration LLC (8863), Triad Roof Support Systems LLC (1183), Springdale Land LLC (9816), McClane Canyon Mining LLC (3783), Rhino Northern Holdings LLC (1858), CAM-Ohio Real Estate LLC (1859), CAM-Colorado LLC (4269), Taylorville Mining LLC (5106), CAM Coal Trading LLC (4143), Castle Valley Mining LLC (9495), Jewell Valley Mining LLC (0270), Rhino Services LLC (3356), Rhino Oilfield Services LLC (8938), Rhino Technologies LLC (0994), CAM Mining LLC (2498), Rhino Coalfield Services LLC (3924), Hopedale Mining LLC (9060), CAM-Kentucky Real Estate LLC (9089), CAM-BB LLC (9097), Leesville Land LLC (7794), CAM Aircraft LLC (5467), Pennyrile Energy LLC (6095), Rhino Eastern LLC (1457), Rockhouse Land LLC (7702).

The parties having filed a Joint Preliminary Pretrial Statement (doc. 8) in accordance with the court's prior order (doc. 6), **IT IS ORDERED** that a pretrial conference pursuant to Local Bankruptcy Rule 7016 shall be held on **November 16, 2022 at 10:30 a.m. (Eastern Time). The court will utilize CourtSolutions for conducting the pretrial conference by phone. See** *Complex Chapter 11 Procedures – Telephonic Hearings in Complex Chapter 11 Cases* **on Judge Humphrey's webpage for information regarding registering with CourtSolutions prior to the pretrial conference:** [https://www.ohsb.uscourts.gov/judge-humphrey-complex-chapter-11-procedures](https://www.ohsb.uscourts.gov/judge-humphrey-complex-chapter-11-procedures).

**This pretrial conference will be held in conjunction with the previously scheduled omnibus hearing on all pending estate case matters.**

At the time of this pretrial conference, the court will review and clarify with counsel those claims and defenses, including affirmative defenses, counsel intend to pursue.

Counsel for the Plaintiff and counsel for the Defendant shall participate in the pretrial conference scheduled above.

**IT IS SO ORDERED.**

**Copies to:**

Counsel for the Plaintiff
Counsel for the Defendant