IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Hopedale Mining LLC, *et al.*,[1] | ) | Case No. 1:20-bk-12043 (GRH) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Guy R. Humphrey |

| | | |
|---|---|---|
| GLASSRANTER ADVISORY & CAPITAL GROUP, LLC d/b/a B. RILEY ADVISORY SERVICES, the Liquidating Trustee of the Hopedale Creditors Trust, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 1:22-ap-01072 |
| v. | ) ) | |
| WESTON ENERGY, LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF MOTION TO EXTEND EXPERT
DISCOVERY DEADLINES AND SET A TRIAL DATE [RELATED DOCKET NO. 64]**

**PLEASE TAKE NOTICE** that on May 9, 2024, the Liquidating Trustee of the Hopedale Creditors' Trust (the "**Trustee**") filed the *Trustee's Motion of to Extend Expert Discovery Deadlines and Set a Trial Date* [ECF No. 64] (the "**Motion**").

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Rhino GP LLC (8619), Rhino Resource Partners LP (7517), Rhino Energy LLC (6320), Rhino Trucking LLC (8773), Rhino Exploration LLC (8863), Triad Roof Support Systems LLC (1183), Springdale Land LLC (9816), McClane Canyon Mining LLC (3783), Rhino Northern Holdings LLC (1858), CAM-Ohio Real Estate LLC (1859), CAM-Colorado LLC (4269), Taylorville Mining LLC (5106), CAM Coal Trading LLC (4143), Castle Valley Mining LLC (9495), Jewell Valley Mining LLC (0270), Rhino Services LLC (3356), Rhino Oilfield Services LLC (8938), Rhino Technologies LLC (0994), CAM Mining LLC (2498), Rhino Coalfield Services LLC (3924), Hopedale Mining LLC (9060), CAM-Kentucky Real Estate LLC (9089), CAM-BB LLC (9097), Leesville Land LLC (7794), CAM Aircraft LLC (5467), Pennyrile Energy LLC (6095), Rhino Eastern LLC (1457), Rockhouse Land LLC (7702).

0110354.0731024  4828-6281-7464

If necessary, a hearing on the Motion will be held before the Honorable Guy R. Humphrey, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, on May 23, 2024, at 10:30 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in any of the Motions shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, General Order 30-4 from the United States Bankruptcy Court for the Southern District of Ohio, dated February 24, 2021 (the "**General Order**"), and the *Order Modifying Certain Notice and Case Management Procedures* [Docket No. 677] (the "**Case Management Order**") approved by the Court; (c) be filed electronically with the Court by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http://www.ohsb.uscourts.gov); and (d) be served so as to be actually received by **May 16, 2024 at 4:00 p.m., prevailing Eastern Time (the "Objection Deadline")** by (i) the entities on the Master Service List (as defined in the Case Management Order and available on the Debtors' case website at https://dm.epiq11.com/case/hopedale) and (ii) any person or entity with a particularized interest in the subject matter of the Application.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motions, the Trustee shall, on or after the Objection Deadline, submit to the Court an order substantially in the form attached as an exhibit to the Motion, which the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motions may be obtained free of charge by visiting the website of Epiq at http://dm.epiq11.com/Hopedale. You may also obtain copies of any pleadings by visiting the Court's website at http://www.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 9, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　GLASSRATNER ADVISORY & CAPITAL
　　　　　　　　　　　　　　　　　GROUP, LLC d/b/a B. RILEY ADVISORY
　　　　　　　　　　　　　　　　　SERVICES, the Liquidating Trustee of the
　　　　　　　　　　　　　　　　　Hopedale Creditors' Trust

　　　　　　　　　　　　　　　　　*/s/ T. Kent Barber*
　　　　　　　　　　　　　　　　　T. Kent Barber
　　　　　　　　　　　　　　　　　EMBRY MERRITT WOMACK NANCE,
　　　　　　　　　　　　　　　　　PLLC
　　　　　　　　　　　　　　　　　Chase Tower
　　　　　　　　　　　　　　　　　201 East Main Street, Suite 1402
　　　　　　　　　　　　　　　　　Lexington, KY 40507
　　　　　　　　　　　　　　　　　Telephone: 859.543.0453
　　　　　　　　　　　　　　　　　kent.barber@emwnlaw.com
　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*