**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 1, 2024**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| HOPEDALE MINING LLC, et al.,[1] | : | Case No. 20-12043 |
| | : | (Jointly Administered) |
| *Debtor.* | : | |
| | : | Honorable Guy R. Humphrey |
| Liquidating Trustee of the Hopedale Creditors Trust of Hopedale Mining, LLC, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Adv. No. 22-1072 |
| v. | : | |
| | : | |
| Weston Energy, LLC, | : | |
| | : | |
| *Defendant.* | : | |

### ORDER DETERMINING CONFIDENTIALITY DESIGNATIONS
### OF CHALLENGED DOCUMENTS (DOC. 97)

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Rhino GP LLC (8619), Rhino Resource Partners LP (7517), Rhino Energy LLC (6320), Rhino Trucking LLC (8773), Rhino Exploration LLC (8863), Triad Roof Support Systems LLC (1183), Springdale Land LLC (9816), McClane Canyon Mining LLC (3783), Rhino Northern Holdings LLC (1858), CAM-Ohio Real Estate LLC (1859), CAM-Colorado LLC (4269), Taylorville Mining LLC (5106), CAM Coal Trading LLC (4143), Castle Valley Mining LLC (9495), Jewell Valley Mining LLC (0270), Rhino Services LLC (3356), Rhino Oilfield Services LLC (8938), Rhino Technologies LLC (0994), CAM Mining LLC (2498), Rhino Coalfield Services LLC (3924), Hopedale Mining LLC (9060), CAM-Kentucky Real Estate LLC (9089), CAM-BB LLC (9097), Leesville Land LLC (7794), CAM Aircraft LLC (5467), Pennyrile Energy LLC (6095), Rhino Eastern LLC (1457), Rockhouse Land LLC (7702).

  This matter is before the court on the procedure outlined in the *Order Granting In Part and Denying in Part Defendant Weston Energy, LLC's Motion to Compel* (doc. 97). Pursuant to the court's Order Scheduling Telephonic Hearing entered on July 30, 2024, the court conducted a telephonic hearing on August 1, 2024, participated in by Joel B. Bruckman, counsel for Plaintiff Liquidating Trustee; David A. Felice, counsel for Defendant Weston Energy, LLC; and Sandra K. Zerrusen, counsel for Colbeck Capital Management, LLC.

  Based upon the reports of Weston and Colbeck and the arguments presented during the August 1, 2024 hearing, and in accordance with the court's oral decision announced at the conclusion of the hearing, the court determines the confidentiality designations of the 66 challenged documents as follows;[2]

**Designation: Confidential**

|  | Document Number | Bates Number |
|---|---|---|
| Thread 2 | 19 | ColbeckJK00000702-705 |
|  | 20 | ColbeckJK00008890-8894 |
|  | 21 | ColbeckJK00009155-9158 |
|  | 22 | ColbeckJK00009491-9495 |
|  | 23 | ColbeckJK00009554-9558 |
|  | 25 | ColbeckJK00009763-9767 |
| Thread 3 | 26 | ColbeckJK00009443 |
|  | 27 | ColbeckJK00009777 |
| Thread 4 | 28 | ColbeckJK00009463-9464 |
|  | 29 | ColbeckJK00009465 |
|  | 30 | ColbeckJK00009466-9467 |
| Thread 5 | 31 | ColbeckJK00009474 |
|  | 32 | ColbeckJK00009551-9552 |
|  | 33 | ColbeckJK00009723 |
|  | 34 | ColbeckJK00009836 |
| Thread 9 | 51 | ColbeckJK00001031-1035 |
|  | 52 | ColbeckJK00001041-1045 |
| Thread 10 | 53 | ColbeckJK00000735 |
|  | 54 | ColbeckJK00008665 |
|  | 55 | ColbeckJK00008666 |
|  | 56 | ColbeckJK00008672 |
| Thread 11 | 57 | ColbeckJK00009230-9234 |
| Thread 12 | 58 | ColbeckJK00000488-493 |
|  | 59 | ColbeckJK00008768-8772 |
| Thread 14 | 61 | ColbeckJK00000467 |
|  | 62 | ColbeckJK00009022 |
| Thread 15 | 63 | ColbeckJK00000990-994 |
| Thread 16 | 64 | ColbeckJK00000732 |
| Thread 17 | 65 | ColbeckJK00009122-9123 |
|  | 66 | ColbeckJK00009124-9125 |
| Thread 18 | 67 | ColbeckJK00008773-8776 |

---

[2] The definitions for "confidential" and "highly confidential" are included within the Confidentiality Agreement and Stipulated Protective Order (Doc. 42). The "Threads" are the email threads as listed in pages 3 and 4 of Weston's in camera confidential report to this court. The document numbers are based on the tables provided by Weston and Colbeck for in camera review. The bates stamp numbers are from the documents the court was provided by the parties and reviewed in camera.

**Designation: Highly Confidential**

|  | Document Number | Bates Number |
|---|---|---|
| Thread 1 | 2 | ColbeckJK00009506-9508 |
|  | 3 | ColbeckJK00009509-9510 |
|  | 4 | ColbeckJK00009511 |
|  | 5 | ColbeckJK00009512-9513 |
|  | 6 | ColbeckJK00009514 |
|  | 7 | ColbeckJK00009541 |
|  | 8 | ColbeckJK00009559-9563 |
|  | 9 | ColbeckJK00009564-9565 |
|  | 10 | ColbeckJK00009566-9567 |
|  | 11 | ColbeckJK00009735-9737 |
|  | 12 | ColbeckJK00009740 |
|  | 13 | ColbeckJK00009773-9774 |
|  | 14 | ColbeckJK00009775-9776 |
|  | 15 | ColbeckJK00009860-9861 |
|  | 16 | ColbeckJK00009862-9863 |
|  | 17 | ColbeckJK00009867 |
|  | 18 | ColbeckJK00009868 |
| Thread 6 | 35 | ColbeckJK00001117-1118 |
|  | 36 | ColbeckJK00009444-9445 |
|  | 37 | ColbeckJK00009728-9729 |
|  | 38 | ColbeckJK00009846-9847 |
| Thread 7 | 24 | ColbeckJK00009730-9734 |
|  | 39 | ColbeckJK00009496-9500 |
|  | 40 | ColbeckJK00009501-9505 |
|  | 41 | ColbeckJK00009529-9533 |
|  | 42 | ColbeckJK00009768-9772 |
|  | 43 | ColbeckJK00009850-9854 |
|  | 44 | ColbeckJK00009855-9859 |
| Thread 8 | 45 | ColbeckJK00000589-595 |
|  | 46 | ColbeckJK00000610-616 |
|  | 47 | ColbeckJK00000633-639 |
|  | 48 | ColbeckJK00009084-9089 |
|  | 49 | ColbeckJK00009090-9096 |
|  | 50 | ColbeckJK00009102-9108 |
| Thread 13 | 60 | ColbeckJK00009253-9256 |

**IT IS SO ORDERED.**

**Copies to:**

Counsel for the Plaintiff

Counsel for the Defendant

May Elisabeth Naumann
Sandra K. Zerrusen
    (Counsel for Colbeck Capital Management, LLC)